*Faye Stone Poss v. The Kroger Co.*
*Superior Court of Cobb County, State of Georgia*
*Civil Action File Number: 22100092*

*Faye Stone Poss v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number:  TBA (Removal # 1:22-mi-99999)*

# EXHIBIT A:  NOTICE FOR REMOVAL

## ALL PLEADINGS, PROCESS, AND ORDERS SERVED UPON DEFENDANT IN THE SUPERIOR COURT OF COBB COUNTY, STATE OF GEORGIA

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of __Cobb_____ County

ID# 2022-0001407-CV
**E-FILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22100092**
Jason D. Marbutt - 67
JAN 05, 2022 11:43 AM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

**For Clerk Use Only**

**Date Filed** _01-05-2022_     **Case Number** _22100092_
MM-DD-YYYY

### Plaintiff(s)
Poss, Faye Stone
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

### Defendant(s)
The Kroger Co.
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _Anderson, Michael_    **Bar Number** _017758_    **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
        Case Number                        Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

ID# 2022-0001408-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22100092**

Jason D. Marbutt - 67
JAN 05, 2022 11:43 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **22100092**

**Poss, Faye S**
        Plaintiff

        Vs.

**The Kroger Co.**
        Defendant

TYPE OF ACTION

- ○ Divorce without Agreement Attached
- ○ Divorce with Agreement Attached
- ○ Domestic Relations
- ○ Damages Arising out of Contract
- ☑ Damages Arising out of Tort
- ○ Condemnation
- ○ Equity
- ○ Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- ○ Zoning Appeals (denovo)
- ○ Appeal, Including denovo appeal – excluding Zoning

- ○ URESA
- ○ Name Change
- ○ Other
- ○ Recusal
- ○ Adoption

PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

    ☑ NO
    ○ YES – If yes, please fill out the following:

        1. Case # _____

        2. Parties _____

        3. Assigned Judge _____

        4. Is this case still pending?   ○ Yes   ○ No

        5. Brief description of similarities:

/S/   **Anderson, Michael**
Attorney or Party Filing Suit

## SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0001406-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22100092**
Jason D. Marbutt - 67
JAN 05, 2022 11:43 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER 22100092

$214.00 COST PAID

Poss, Faye Stone

**PLAINTIFF**

VS.

The Kroger Co.

**DEFENDANT**

### SUMMONS

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Michael Anderson**
**Michael J. Anderson, Attorney at Law, P.C.**
**245 West Crogan Street**
**Lawrenceville, Georgia 30046**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of January, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

ID# 2022-0001405-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22100092**
Jason D. Marbutt - 67
JAN 05, 2022 11:43 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| FAYE STONE POSS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| vs. ) | |
| ) | _____ |
| THE KROGER CO., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## COMPLAINT FOR NEGLIGENCE

COMES NOW, FAYE STONE POSS, Plaintiff in the above styled action and through her counsel, Michael J. Anderson files this Complaint for Negligence against THE KROGER CO., the above named Defendant and states as follows:

### COUNT I

### JURISDICTION AND VENUE

1.

The Defendant, THE KROGER CO., is a foreign company licensed and authorized to do business in the State of Georgia and has conducted business in the State of Georgia. The Defendant, THE KROGER CO., is subject to the jurisdiction and venue of this Court and may be served with a copy of this Complaint by service on its registered agent, CSC of Cobb County, Inc., 192 Anderson Street SE, Suite 125, Marietta, Cobb County, Georgia 30060.

2.

The Defendant, THE KROGER CO., is the owner/lessee of real property

located at 3035 Scenic Hwy S, Suite 19, Snellville, GA 30039, known as the Kroger. Kroger Grocery Store, is in the business of grocery.

4.

The Plaintiff, FAYE STONE POSS, is an adult citizen of the State of Georgia and on January 14, 2020 was a customer of the Defendant.

5.

On January 14, 2020 the Plaintiff, FAYE STONE POSS, as a customer at Kroger was an *invitee* to whom the highest duty is owed.

6.

On January 14, 2020, at approximately 11:20 a.m., Plaintiff, while walking into the store, owned and operated by the Defendant, slipped and fell due to a misplaced mat and water on the floor near the front entrance door and suffered severe injuries more fully described below.

7.

Plaintiff's slip and fall was due to Defendant's negligently misplacing a mat and not marking the wet floor with a sign and/or maintaining an unsafe condition in the store of Kroger.

8.

Plaintiff sustained severe and serious personal injuries to her mind and body, some of which, are permanent with permanent effects of pain, disability, and loss of body function. Plaintiff suffered a wrist fracture which resulted in the need for medical treatment causing her to incur medical bills.

9.

On February 15, 2020, while Plaintiff's right arm was in a cast and she was unable to use her right arm, and while she was taking pain medication, she became unsteady on her feet, lost her balance, causing her to fall. The fall resulted in a compound dislocation of her left elbow.

10.

Plaintiff has had to undergo two (2) surgeries to repair the compound dislocation of her left elbow.

11.

Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including:

a. Medical expenses in the amount of $208,151.63

b. She has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

c. She has, may, and probable will for in indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being and equanimity; and

d. Her overall health, strength, and vitality have been greatly impaired.

12.

The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, THE KROGER CO., which consisted inter alia of the following particulars:

a. Failing to maintain or correct the conditions at the store's entrance so as to furnish the Plaintiff, FAYE STONE POSS, a safe and dry area free of slippery dangerous hazards which were recognized, or should have been recognized by Defendant, as causing or likely to cause the serious physical harm to the Plaintiff, FAYE STONE POSS, and others;

b. Failing to properly inspect the store entrance wherein the Plaintiff was caused to fall as a result of slippery dangerous hazards;

c. Failing to warn the Plaintiff of the slippery dangerous hazardous conditions on the property by posting signs to warn of the dangerous condition;

d. Failing to properly position a mat at the entrance to assist her in navigating the dangerous area;

e. Failing otherwise to comply with the applicable laws and regulation of the State of Georgia and Gwinnett County and the applicable federal laws and regulations;

f. Otherwise failing to exercise the degree and care required under the circumstances; and

g. Otherwise being negligent.

13.

Plaintiff has been caused to expend and become obligated for diverse sums of money for the purposes of obtaining medical care in an effort to alleviate the suffering and ill sustained as a result of this incident.

14.

As a direct result of the acts and/or omissions of the Defendant, THE KROGER CO., the Plaintiff, FAYE STONE POSS, sustained injuries to her body thereby incurring special and general damages in an amount in excess of $10,000.00 to be proven at trial.

15.

Plaintiff has sustained and is entitled to compensation for her medical bills, her past, present, and future physical and mental pain and suffering.

16.

Plaintiff has sustained and is entitled to compensation for her disability and loss of body function.

17.

As a result of the aforesaid conduct and breach of care of the Defendant, THE KROGER CO. and its employees, Plaintiff sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

18.

The negligence on the part of the Defendant was the proximate cause of the injuries and damages sustained by the Plaintiff.

WHEREFORE, Plaintiff prays as follows:

(a) That Plaintiff recovers special damages for medical expenses in the amount of $208,151.63;

(b) That Plaintiff recovers general damages for past, present, and future pain and suffering and for her disability and loss of body function in an amount in excess of $10,000 to be proven at trial;

(c) That Plaintiff have a trial by jury; and

(d) That Plaintiff recovers such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ *Michael J. Anderson*
MICHAEL J. ANDERSON
Ga. Bar No. 017758
Attorney for Plaintiff

245 West Crogan Street
Lawrenceville, Georgia  30046
Phone: (770) 963-8783